UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BLACKSTONE INTERNATIONAL, LTD., a Maryland corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>                    Defendant. | CASE NO. 20-cv-964<br><br>**CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF BLACKSTONE INTERNATIONAL, LTD.** |

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1, Plaintiff Blackstone International, Ltd. ("Blackstone"), makes the following disclosure:

Blackstone does not have any parent corporation and is not a publicly held company, and no publicly held company has an interest of 10% or more in Blackstone.

CORPORATE DISCLOSURE STATEMENT - 1

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

| | | |
|---|---|---|
| 1 | Date: June 22, 2020 | Respectfully submitted, |
| 2 | | **GOLDFARB & HUCK ROTH RIOJAS, PLLC** |
| 3 | | |
| 4 | | _/s/ Christopher M. Huck_____<br>Christopher M. Huck, WSBA No. 34104<br>(huck@goldfarb-huck.com) |
| 5 | | _/s/ Kit W. Roth_____ |
| 6 | | Kit W. Roth, WSBA No. 33059<br>(roth@goldfarb-huck.com) |
| 7 | | _/s/ R. Omar Riojas_____<br>R. Omar Riojas, WSBA No. 35400 |
| 8 | | (riojas@goldfarb-huck.com) |
| 9 | | 925 Fourth Avenue, Suite 3950 |
| 10 | | Seattle, Washington 98104<br>Phone: (206) 452-0260 |
| 11 | | Fax: (206) 397-3062 |
| 12 | | |
| 13 | | Paul R. Gieri (_pro hac vice_ to be filed)<br>(paul.gieri@prgierillc.com) |
| 14 | | **P.R. GIERI LLC**<br>6701 Democracy Blvd Suite 300 |
| 15 | | Bethesda, Maryland  20817<br>Phone: (860) 235-6314 |
| 16 | | |
| 17 | | **Attorneys for Plaintiff** |
| 18 | | **Blackstone International, Ltd.** |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |

CORPORATE DISCLOSURE STATEMENT - 2

**GOLDFARB & HUCK<br>ROTH RIOJAS, PLLC**<br>925 Fourth Avenue, Suite 3950<br>Seattle, Washington 98104<br>(206) 452-0260