**THE HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BLACKSTONE INTERNATIONAL, LTD., a Maryland corporation,<br><br>        Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>        Defendant. | CASE NO. 2:20-CV-00964-RSM<br><br>**STIPULATED MOTION AND ORDER REGARDING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**<br><br>**NOTE ON MOTION CALENDAR: Friday, January 15, 2021** |

### STIPULATION

1. Defendant Costco Wholesale Corporation ("Costco") has filed a Motion to Compel Arbitration and to Stay Proceedings [Docket No. 12] (the "Arbitration Motion"). In its Arbitration Motion, Costco requests that the Court compel plaintiff Blackstone International, Ltd. ("Blackstone") to "arbitrate its claims in this action and stay this action pending the arbitration proceeding." Arbitration Motion at p.2. Costco has also initiated an arbitration proceeding against Blackstone, which is currently pending before the American Arbitration Association as Case No. 01-20-0005-5583 (the "AAA Arbitration Proceeding").

2. Blackstone opposes the Arbitration Motion, challenges arbitrability (including the validity and/or enforceability of any purported arbitration agreements), and disputes that its claims

STIPULATED MOTION
AND ORDER - 1
CASE NO. 2:20-CV-00964-RSM

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1  against Costco in this action are arbitrable.  However, rather than oppose the Arbitration Motion
2  and while reserving all rights concerning arbitration and arbitrability (including whether any
3  purported arbitration agreement is valid and/or enforceable), and based on Costco's agreement to
4  adjust the schedule in the Arbitration Proceeding to accommodate submission to the Arbitrator,
5  Blackstone will allow the Arbitrator in the Arbitration Proceeding to determine the arbitrability of
6  the claims at issue in the Arbitration Motion.

7  3. In addition, Blackstone has asserted a separate action against defendants E2
8  Limited, Collin Carpenter, Big Box Sales & Marketing Inc., and Technomate Manufactory, Ltd.
9  (collectively, the "E2 Defendants"), which is also currently pending before this Court as Case No.
10  2:20-cv-01686-RSM (the "E2 Action").  The E2 Defendants are represented by the same
11  undersigned counsel representing Costco.  The E2 Defendants and Costco believe that the E2
12  Action should be consolidated with this action.  Blackstone believes that the issue of arbitrability
13  of the claims at issue in the Arbitration Motion should be addressed first and, if there are claims
14  remaining in this action that are not arbitrable, then the parties can address whether consolidation
15  is appropriate.

16  4. Counsel for the parties have met and conferred in good faith regarding the pending
17  Arbitration Motion and possible consolidation.  Accordingly, pursuant to the parties' stipulation,
18  and subject to the Court's approval, the parties specifically agree as follows:

19  (a) The parties will allow the Arbitrator in the AAA Arbitration Proceeding to
20  determine arbitrability of the claims that Blackstone has asserted in this
21  action, and this action will be stayed pending the Arbitrator's determination
22  of arbitrability of those claims.

23  (b) Except for the right to appeal and/or vacate an arbitrator's decision that may
24  exist (if any) under federal law, Washington law, and/or the AAA rules, the
25  parties further agree that they will respect and abide by the final decision of
26  the Arbitrator in the AAA Arbitration Proceeding regarding arbitrability of
27  the claims Blackstone has asserted in this action and not challenge such

STIPULATED MOTION
AND ORDER - 2
CASE NO. 2:20-CV-00964-RSM

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

|   |   |   |
|---|---|---|
| 1 |  | decision in this or any other action. |
| 2 | (c) | Costco's pending Arbitration Motion shall be stricken as moot. |
| 3 | (d) | If the Arbitrator determines that all of the claims asserted by Blackstone against Costco in this action are arbitrable, then this action shall continue to be stayed pending the AAA Arbitration Proceeding. |
| 6 | (e) | If the Arbitrator determines that any of the claims asserted by Blackstone against Costco are not arbitrable, then the stay will be lifted in this action with respect to such claims and such claims will proceed and be tried in this Court. |
| 10 | (f) | In addition, if the Arbitrator determines that any of the claims asserted by Blackstone against Costco are not arbitrable, the parties shall meet and confer in good faith concerning whether the E2 Action should be consolidated with this action. |

**SO STIPULATED** this January 15, 2021.


By: */s/ Christopher M. Huck*
Christopher M. Huck
(WSBA No. 34104)
**Goldfarb & Huck Roth Riojas, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Phone: 206-452-0260
Email: huck@goldfarb-huck.com

Attorneys for Plaintiff
Blackstone International Ltd.

By: */s/ Frederic G. Ludwig, III*
Frederic G. Ludwig, III
(admitted pro hac vice)
**Ludwig, APC**
12463 Rancho Bernardo Road, No. 532
San Diego, CA 92128
Phone: 619-929-0873
Email: eric.ludwig@ludwigiplaw.com

Attorneys for Defendant
Costco Wholesale Corporation

STIPULATED MOTION
AND ORDER - 3
CASE NO. 2:20-CV-00964-RSM

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

**ORDER**

Pursuant to the above Stipulated Motion, **IT IS SO ORDERED**. Costco's pending Arbitration Motion [Docket No. 12] is stricken as moot. This action is hereby **STAYED** pending the Arbitrator's determination of arbitrability of the claims at issue in the Arbitration Motion. The parties shall notify the Court within fourteen (14) days of the Arbitrator's decision and file a Joint Report outlining the parties' respective positions in light of that decision, including with respect to modification of any of the deadlines in the Order Setting Trial Date and Related Dates [Dkt. No. 21].

DATED this 19th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION
AND ORDER - 4
CASE NO. 2:20-CV-00964-RSM

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on January 15, 2021 and was served via the Court's CM/ECF system on all counsel of record.

DATED this January 15, 2021.

*/s/ Christopher M. Huck*
Christopher M. Huck, WSBA No. 34104

STIPULATED MOTION
AND ORDER - 5
CASE NO. 2:20-CV-00964-RSM

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260