**THE HONORABLE THOMAS S. ZILLY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACKSTONE INTERNATIONAL, LTD., a Maryland corporation,<br>Plaintiff,<br>v.<br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br>Defendant. | CASE NO. 2:20-CV-00964-TSZ<br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT** |

**THIS MATTER** came before the Court on Plaintiff's Unopposed Motion to Amend Complaint. The Court, having considered the pleadings and papers filed by the parties, and all other matters properly before the Court,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to Amend Complaint is **GRANTED**.

DATED this 28th day of October, 2022.

Thomas S Zilly

The Honorable Thomas S. Zilly

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

Presented by:

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
*/s/ Christopher M. Huck*
Christopher M. Huck, WSBA No. 34104
(huck@goldfarb-huck.com)
*/s/ R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400
(riojas@goldfarb-huck.com)
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Phone: (206) 452-0260

**P.R. GIERI LLC**
Paul R. Gieri (admitted *pro hac vice*)
(paul.gieri@prgierillc.com)
6701 Democracy Blvd Suite 300
Bethesda, Maryland 20817
Phone: (860) 235-6314

**Attorneys for Plaintiff**
**Blackstone International, Ltd.**

ORDER GRANTING
UNOPPOSED MOTION
TO AMEND COMPLAINT - 2
CASE NO. 2:20-CV-00964-TSZ

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on October 27, 2022 and was served via the Court's CM/ECF system on all counsel of record.

DATED this October 27, 2022.

*/s/ Christopher M. Huck*
Christopher M. Huck, WSBA No. 34104

ORDER GRANTING
UNOPPOSED MOTION
TO AMEND COMPLAINT - 3
CASE NO. 2:20-CV-00964-TSZ

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260