THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINTON

AT SEATTLE

| | |
|---|---|
| BLACKSTONE INTERNATIONAL, LTD., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:20-cv-00964-TSZ<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT COSTCO WHOLESALE CORPORATION TO RESPOND TO PLAINTIFF BLACKSTONE INTERNATIONAL LTD.'S FIRST AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:** **Wednesday, November 9, 2022** |

### STIPULATION

1. Plaintiff BLACKSTONE INTERNATIONAL LTD. ("Blackstone") filed its First Amended Complaint ("FAC;" Dkt. #34), pursuant to its own unopposed motion (Dkt. ##32, 33), on October 31, 2022, against Defendant COSTCO WHOLESALE CORPORATION ("Costco").

2. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Costco has until Monday, November 14, 2022, to respond to Blackstone's pleadings.

3. Counsel for both parties have met and conferred in good faith regarding a request by Costco for additional time to respond to the FAC.

/ / /

/ / /



4. Accordingly, the parties agree that Costco may have up to, and including, Monday, December 5, 2022, to file a response to the FAC.

**SO STIPULATED**, this 8th day of November 2022.

| | |
|---|---|
| By: */s/ Christopher M. Huck*<br>    Christopher M. Huck<br>    (WSBA No. 34104)<br>**Goldfarb & Huck Roth Riojas, PLLC**<br>925 Fourth Avenue, Suite 3950<br>Seattle, WA 98104<br>Phone: 206-452-0260<br>Email: huck@goldfarb-huck.com<br><br>Attorneys for Plaintiff<br>BLACKSTONE<br>INTERNATIONAL LTD. | By: */s/ Frederic G. Ludwig, III*<br>    Frederic G. Ludwig, III<br>    (admitted pro hac vice)<br>**Ludwig, APC**<br>12463 Rancho Bernardo Road, No. 532<br>San Diego, CA 92128<br>Phone: 619-929-0873<br>Email: eric.ludwig@ludwigiplaw.com<br><br>Attorneys for Defendant<br>COSTCO WHOLESALE<br>CORPORATION<br><br>By: */s/ Christopher E. Love*<br>    Christopher E. Love<br>**PFAU COCHRAN VERTETIS AMALA, PLLC**<br>Attorneys for Defendant<br>COSTCO WHOLESALE<br>CORPORATION |

## ORDER

**GOOD CAUSE APPEARING,** pursuant to the above Stipulated Motion, **IT IS SO ORDERED**. Defendant Costco Wholesale Corporation shall have up to, and including, Monday, December 5, 2022, to file and serve a response to Plaintiff Blackstone International Ltd.'s First Amended Complaint. (Dkt. #34).

DATED this __17th__ day of November, 2022.

*Thomas S. Zilly*
_____
Hon. Thomas S. Zilly
United States District Judge

CERTIFICATE OF SERVICE

I, **Kim Wailes**, hereby declare under penalty of perjury under the laws of the State of Washington that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, the foregoing was served via the Court's CM/ECF system on all counsel of record.

DATED this 9th day of November, 2022.

/s/ *Kimberly Wailes*
Kimberly Wailes