

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLACKSTONE INTERNATIONAL, LTD., a Maryland corporation,<br><br>Plaintiff,<br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:20-cv-000964-TSZ<br><br>**SECOND STIPULATED MOTION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FILING ANSWER AND/OR BRIEFING SCHEDULE ON MOTION TO DISMISS** |

## **STIPULATION**

1. On December 5, 2022, Defendant Costco Wholesale Corporation ("Costco") filed a Motion to Dismiss Counts 7, 8, 9, 10, 11 & 12 (the "Partial Dismissal Motion"). Dkt. # 38.

2. Pursuant to FRCP 15(a)(1)(B) and a previous stipulated order of the parties, in lieu of responding to Costco's Partial Dismissal Motion, such motion was stricken as moot and Plaintiff Blackstone International, Ltd. ("Blackstone") filed a Second Amended Complaint on February 13, 2023. Dkt. ## 39, 40, & 43.

3. The stipulated deadline for Costco to file its response to the Second Amended Complaint was calendared for March 10, 2023.

4. Costco believes this Court's decision on the motion to dismiss filed by Defendants in the action styled as *Blackstone International, Ltd. v. E2 Limited, et al.* (Case No. 2:20-CV-001686-TSZ) (the "E2 Dismissal Motion"), which is pending before this Court, will inform the

1  nature of Costco's response to Blackstone's Second Amended Complaint in the above-entitled action. *Blackstone International, Ltd. v. E2 Limited, et al.*, Dkt. ## 98, 105 – 108.

3  5.  This Court has yet to rule on the E2 Dismissal Motion.

4  6.  In order to allow for more time for the Court to render its decision on the E2 Dismissal Motion, the parties have meet and conferred and hereby stipulate and agree that the new deadline for Costco to file its response to the Second Amended Complaint shall be April 7, 2023.

7  7.  The parties have also met and conferred regarding an agreed briefing schedule in the event that Costco files a new motion to dismiss (rather than an answer to) the Second Amended Complaint. If Costco files a new motion to dismiss, then Blackstone will file its opposition papers on April 28, 2023. Costco will file its reply papers on May 12, 2023, and Costco's new motion to dismiss shall be noted for May 12, 2023.

12  8.  In addition, to the extent Costco's new motion to dismiss requests dismissal of some, but not all, of the claims in the Second Amended Complaint (i.e., a partial motion to dismiss), the parties also agree that Costco does not need to file a partial answer regarding the claims on which Costco does not request dismissal until after the Court rules on Costco's new motion to dismiss.

16  9.  Accordingly, pursuant to the parties' stipulation, and subject to the Court's approval, the parties specifically agree as follows:

   a.  The deadline for Costco to file its response to the Second Amended Complaint shall be April 7, 2023.

   b.  If Costco files a new motion to dismiss, then the deadline for Blackstone to file its opposition papers shall be May 5, 2023, the deadline for Costco to file its reply papers shall be May 19, 2023, and Costco's new motion to dismiss shall be noted for May 19, 2023.

   c.  If Costco's new motion to dismiss requests dismissal of some, but not all, of the claims in the Second Amended Complaint, then Costco does not need to file a partial answer regarding the claims on which Costco does not request dismissal until after the Court rules on Costco's new motion to dismiss.



2

SECOND STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FILING ANSWER OR MOTION TO DISMISS
Case No. 2:20-cv-000964-TSZ

1  SO STIPULATED this March 10, 2023

4  By: */s/ Christopher M. Huck*  
    Christopher M. Huck  
    (WSBA No. 34104)  
    **Goldfarb & Huck Roth Riojas, PLLC**  
    925 Fourth Avenue, Suite 3950  
    Seattle, WA 98104  
    Phone: 206-452-0260  
    Email: huck@goldfarb-huck.com  

    Attorneys for Plaintiff  
    Blackstone International Ltd.

By: */s/ Frederic G. Ludwig, III*  
    Frederic G. Ludwig, III  
    (admitted pro hac vice)  
    **Ludwig, APC**  
    12463 Rancho Bernardo Road, No. 532  
    San Diego, CA 92128  
    Phone: 619-929-0873  
    Email: eric.ludwig@ludwigiplaw.com  

    Attorneys for Defendant  
    Costco Wholesale Corporation





## ORDER

Pursuant to the above Stipulated Motion, IT IS SO ORDERED.

The deadline for Costco to file its response to the Second Amended Complaint shall be April 7, 2023.

If Costco files a new motion to dismiss, then the deadline for Blackstone to file its opposition papers shall be May 5, 2023, the deadline for Costco to file its reply papers shall be May 19, 2023, and Costco's new motion to dismiss shall be noted for May 19, 2023.

If Costco's new motion to dismiss requests dismissal of some, but not all, of the claims in the Second Amended Complaint, then Costco does not need to file a partial answer regarding the claims on which Costco does not request dismissal until after the Court rules on Costco's new motion to dismiss.

DATED this  13th  day of March, 2023.

*/s/ Thomas S. Zilly*

_____

Hon. Thomas S. Zilly
United States District Judge