UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACKSTONE INTERNATIONAL LTD.,

        Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

        Defendant.

C20-0964 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's unopposed motion to reset trial date and related case management dates, docket no. 56, is GRANTED as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | **September 8, 2025** |
| Length of trial | 12 days |
| Deadline for amending pleadings | February 17, 2025 |
| Disclosure of expert testimony | February 17, 2025 |
| Discovery motions filing deadline | April 10, 2025 |

MINUTE ORDER - 1

| | |
|---|---|
| Discovery completion deadline | May 19, 2025 |
| Dispositive motions filing deadline | June 19, 2025 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | June 26, 2025 |
| Motions in limine filing deadline | August 7, 2025 |
| Agreed pretrial order due | August 22, 2025 |
| Trial briefs, proposed voir dire questions, and jury instructions due | August 22, 2025 |
| Pretrial conference | August 29, 2025 at 10:00 a.m. |

(2)   All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 42, and subsequent scheduling orders, docket nos. 48, 50, & 53, shall remain in full force and effect.  The provisions of the Minute Order Setting Trial and Related Dates, docket no. 42, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of the trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of July, 2024.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 2