UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACKSTONE INTERNATIONAL LTD.,

        Plaintiff,

  v.

COSTCO WHOLESALE CORPORATION,

        Defendant.

C20-0964 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court GRANTS the parties' stipulated motion for Plaintiff to file a Fourth Amended Complaint, docket no. 62. The Fourth Amended Complaint, attached as Exhibit 1 to the motion, is deemed filed as of the date of this Minute Order.

(2) Any responsive pleading or motion shall be filed within fourteen (14) days of this Minute Order. *See* Fed. R. Civ. P. 15(a)(3).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of February, 2025.

                          Ravi Subramanian
                          Clerk

                          s/Laurie Cuaresma
                          Deputy Clerk

MINUTE ORDER - 1