UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACKSTONE INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant. | C20-0964 TSZ <br><br> ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Having considered Defendant Costco Wholesale Corporation's unopposed motion for withdrawal and substitution of counsel, docket no. 66, the motion is GRANTED.

Thomas B. Vertetis and Christopher Eric Love of the law firm Pfau Cochran Vertetis Amala, PLLC are withdrawn as attorneys of record for Defendant Costco Wholesale Corporation.

Matthew P. Gordon and Jonathan P. Hawley of the law firm Perkins Coie LLP are substituted as counsel for Defendant Costco Wholesale Corporation. All further notices,

ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

pleadings, and other legal papers, exclusive of original process, shall be served upon counsel at Ludwig, APC and Perkins Coie LLP at the following address:

> Matthew P. Gordon
> Jonathan P. Hawley
> PERKINS COIE LLP
> 1201 Third Avenue, Suite 4900
> Seattle, Washington 98101-3099

IT IS SO ORDERED.

Dated this 10th day of April, 2025.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2